UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff- Appellee<br><br>　　　　v.<br><br>LUCIO APPLETON-LEWIS<br>　　　Defendant-Appellant | )<br>)　DISTSCRT 04-1684<br>)　USCA   06-50439<br>)<br>)<br>)<br>)<br>)　ORDER DIRECTING<br>)　UNSEALING AND<br>)　TRANSCRIPTION OF<br>)　SENTENCING HEARING |

FILED
OCT - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

　　　IT IS ORDERED that Defendant/Appellant's Motion to unseal his sentencing hearing is GRANTED and directs the court reporter to transcribe same for purposes of direct appeal of his conviction.

Dated: __10-5__, 2006

_____
John Houston
United States District Judge